FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GREGORY K. ADAMSON, | No. CV 06-4384-ODW (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3-20-08

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE