FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

GREGORY K. ADAMSON,
Plaintiff,
v.
LOS ANGELES COUNTY, et al.,
Defendant(s).

No. CV 06-4384-ODW (AGR)

**JUDGMENT**

Pursuant to the Order Following Remand,

IT IS ADJUDGED that (1) Claims 1-4 and 9-10 of the Second Amended Complaint are dismissed without prejudice; and (2) Claims 5-8 of the Second Amended Complaint are dismissed with prejudice.

DATED: May 18, 2010

[signature]
OTIS D. WRIGHT
United States District Judge